IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CRIMINAL ACTION 11-00013-KD-C |
| LAULETTE LOVE | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Government's "Expedited Motion for an Amended Written Judgment, Pursuant to Fed. R. Crim. P. 36, to Conform to this Court's Oral Pronouncement at Sentencing" (Doc. 45) and the Defendant's Response thereto (Doc. 49).

The Government is correct that the Court intended for the sentence imposed to run consecutive to the state sentence defendant is serving in Louisiana for the unrelated bank fraud conviction. Before the formal pronouncement, the Court stated as follows:

> I am going to do an upward variance to 60 months because this conduct is in no way related to the Louisiana conduct. It will not be served concurrent other than being the same type of conduct, which of course is not a basis in my mind for running it concurrent.

(Doc. 40, p. 7-8). Accordingly, the Government's motion is GRANTED and the Court hereby AMENDS *nunc pro tunc* the judgment imposed August 12, 2011, (doc. 31, p. 2) as follows:

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 60 MONTHS. Said term to run consecutive to the already imposed state sentence.

All other provisions and conditions of the judgment remain the same.

**DONE** and **ORDERED** this the 25th day of May 2012.

                                                   **/s/ Kristi K. DuBose**
                                                 **KRISTI K. DuBOSE**
                                                 **UNITED STATES DISTRICT JUDGE**